UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK O. RAMEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.  C07-2013-MJB <br><br> ORDER |

Plaintiff's application to proceed *in forma pauperis* is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security, therefore:

(1) The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties.  **It is Plaintiff's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(2) The Clerk is directed to send to parties a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 26th day of December, 2007.

MONICA J. BENTON
United States Magistrate Judge